

# SCHEEF & STONE, L.L.P.

*Legal counsel based on solid principles*

March 3, 2005

***Via FedEx***

U.S. District Court Clerk
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

      Re:    Case No. 3:05-CV-0415M      05- mc- 36
                *Securities and Exchange Commission v. Premium Income Corp., Tri-Forex*
                *International, Ltd., Inforex Ltd., Gerald L. Rogers a/k/a "Jay" Rogers and*
                *Alexander Shevchenko;* In the U.S. District Court, Northern District of Texas,
                Dallas Division

### Filing for Notice Purposes on Miscellaneous Docket

Dear Sir or Madam:

      Pursuant to 28 U.S.C. § 754, enclosed are copies of the Complaint and Order Appointing Temporary Receiver which we request be filed as a miscellaneous matter in your court, as they are being filed for notice purposes only. Also enclosed is our check in the amount of $39.00, extra copies of the first pages of the enclosed pleading to be filed, and a self-addressed, stamped envelope.

      Once you have filed the enclosed copies and assigned a docket number, please file-stamp the extra first pages of the pleadings, affix the docket number (and judge to whom the case has been assigned, if known), and return it to me in the enclosed self-addressed FedEx envelope.

      Thank you for you assistants in this matter.

                          Sincerely,

                          Jerri Sanoja, assistant to
                          Kelly M. Crawford

2005 MAR -4  AM 11: 14  CLERK U.S. DISTRICT COURT  DISTRICT OF DELAWARE  FILED